UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DINA ELYSE DUVALL, | ) | 1:02-cv-6147 OWW SMS |
| | ) | |
| Plaintiffs, | ) | MEMORANDUM DECISION AND |
| | ) | ORDER DENYING PLAINTIFF'S |
| v. | ) | SECOND MOTION FOR |
| | ) | RECONSIDERATION |
| CCWF, CDC, Does 1-100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  On November 29, 2004, Plaintiff filed her Fourth Amended Complaint (Document 30), and a motion titled Motion for Speedy Removal (Document 31).  The Motion for Speedy Removal" was construed as a motion for preliminary injunction for the grounds stated in the prior order of this court adopting Findings and Recommendations denying Plaintiff's Motion for Preliminary Injunction filed August 24, 2005.

   After *de novo* review of the case a prior order of February 3, 2005, was adopted following the Findings and Recommendations of the Magistrate Judge on December 20, 2004.  On February 25, 2005, Plaintiff filed a document titled "Request for

1

1  Reinstatement Under Federal U.S.C.A. 183" (Document 34).  This
2  request sought reconsideration of the District Court's order on
3  the basis that the court had not received Plaintiff's brief.
4  Additional analysis of the background of the case is contained in
5  the August 24, 2005, seeking reconsideration of the motions filed
6  as Documents 33 and 34 was issued in this Court's order denying
7  the motion for reconsideration filed August 24, 2005.  On
8  September 26, 2005, Plaintiff filed yet another motion for relief
9  from judgment or order under Rule 60(b).  She provides no new law
10 or facts to reconsider the prior decisions of the Court.
11 Plaintiff has had four opportunities to amend her complaint.  She
12 cites no justifying facts or new law which would justify
13 reconsideration.
14     Plaintiff's motion for reconsideration filed September 26,
15 2005, is DENIED.
16
17 SO ORDERED.
18
19 DATED:  October 20, 2005.
20                                       /s/ OLIVER W. WANGER
21                                 _____
22                                       Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE
23 duvall v. ccwf order