UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ELYSE DUVALL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>SAMPATH K. SURVADEVERA, M.D.,  )<br> et al.,  )<br>  )<br>    Defendants.  )<br>_____ ) | 1:02-CV-6147 OWW SMS P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #40) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2006, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Plaintiff contends more time is needed because she is suffering from mental fatigue from helping other inmates litigate their claims. The Court will grant Plaintiff's request for one extension of time. However, no further requests will be granted but upon a showing of extremely good cause. Accordingly, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   April 5, 2006**                           **/s/ Sandra M. Snyder**
b6edp0                                                      UNITED STATES MAGISTRATE JUDGE