UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA ELYSE DUVALL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>SAMPATH K. SURVADEVERA, M.D.,  )<br>et al.,  )<br>  )<br>    Defendants.  )<br>_____ ) | 1:02-CV-6147 OWW SMS P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #42) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2006, plaintiff filed a motion to extend time to file objections to the findings and recommendation. Plaintiff contends that she has been unable to "relax enough" to file her objectsion. The Findings and Recommendations were issued by this Court in March of this year. Plaintiff has since requested at least one extension of time, for largely, the same reasons. The Court cannot suspend review of this case indefinitely until Plaintiff has sufficient time to "relax." Extensions of time are generally only granted for "good cause." Needing time to relax does not present good cause. In any event, the Court will grant Plaintiff this extension of time but **no further extensions** will be considered except upon a showing of extremely good cause. IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file her objections.

IT IS SO ORDERED.

**Dated:   May 11, 2006**           /s/ Sandra M. Snyder
b6edp0                                   UNITED STATES MAGISTRATE JUDGE