UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DINA ELYSE DUVALL,                    1:02-cv-06147-OWW-SMS-P

        Plaintiff,         **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 39)

vs.

                              **ORDER DISMISSING ENTIRE ACTION**

CCWF, CDC, Does 1-100,

        Defendants.
_____/

    Dina Elyse Duvall ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 13, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On March 27, 2006 and April 26, 2006, respectively, Plaintiff filed motions to extend time.  On April 5, 2006 and May 11, 2006, respectively, the court granted plaintiff an additional

1  thirty (30) days within which to respond, and also warned that
2  "...**no further extensions** will be considered except upon a
3  showing of extremely good cause."  On June 16, 2006, plaintiff
4  filed a [third] motion to extend time.  On July 7, 2006, the
5  court DENIED same.
6     In accordance with the provisions of 28 U.S.C.
7  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
8  de novo review of this case.  Having carefully reviewed the
9  entire file, the Court finds the Findings and Recommendations to
10 be supported by the record and by proper analysis.
11    Accordingly, IT IS HEREBY ORDERED that:
12    1.  The Findings and Recommendations, filed March 13, 2006,
13 are ADOPTED IN FULL; and,
14    2.  This action is DISMISSED in its entirety.
15 IT IS SO ORDERED.
16 **Dated:   August 6, 2006**                /s/ Oliver W. Wanger
   emm0d6                                    UNITED STATES DISTRICT JUDGE

2